No. 82–570.   HIRSH v. MARTINDALE-HUBBELL, INC. C. A. 9th Cir.   Certiorari denied.

No. 82–5010.   BIZZARD v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5080.   GAVIN v. ANDERSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 82–5092.   HADDIX v. OHIO LIQUOR CONTROL COMMISSION.   Sup. Ct. Ohio.   Certiorari denied.

No. 82–5129.   VANN v. HARDING.   C. A. 2d Cir.   Certiorari denied.

No. 82–5133.   PILCHER v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 82–5139.   MUCCI v. UNITED STATES; and
No. 82–5181.   BENDIS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.   Reported below: 681 F. 2d 561.

No. 82–5177.   CELESTINE v. CROWN CENTER HOTEL. C. A. 8th Cir.   Certiorari denied.

No. 82–5237.   MURR v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 82–5284.   SMOKES v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5329.   MILLER v. MILLER.   Ct. App. Ohio, Sandusky County.   Certiorari denied.

No. 82–5333.   GUMSEY v. CRAWFORD.   C. A. 6th Cir. Certiorari denied.

No. 82–5334.   AIKEN v. CITIZENS & SOUTHERN BANK OF COBB COUNTY.   Sup. Ct. Ga.   Certiorari denied.